```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  GEORGE S. CARDONA (Cal. Bar No. 135439)
    Chief Assistant United States Attorney
 3  CHRISTINE C. EWELL
    Assistant United States Attorney
 4  Chief, Criminal Division
         United States Courthouse
 5       312 North Spring Street, 12th Floor
         Los Angeles, California 90012
 6       Telephone: (213) 894-8323
         Facsimile: (213) 894-2535
 7  Attorneys for Plaintiff
    United States of America
 8
```

FILED
CLERK, U.S. DISTRICT COURT
MAR 31 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. 91-117-R |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER RE: REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(C)(2) |
| v. | |
| LONNIE J. EVERETT, | |
| Defendant. | |

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10 (as effective March 3, 2008), and after consideration of the factors set forth in 18 U.S.C. § 3553(a), including considerations of public safety and the nature of defendant's post-sentencing conduct, that defendant's sentence of imprisonment shall be reduced from 292 months to 240 months. If this reduced sentence is less than the amount of time the defendant has already served, defendant's total sentence of imprisonment shall be reduced to time served. All other terms of the sentence originally imposed on defendant shall remain the same.

IT IS FURTHER ORDERED that this order shall be void and

without effect if, at any time prior to defendant's release, either the Sentencing Commission or Congress takes action that renders Amendment 706 to the sentencing guidelines no longer retroactive in application.

DATED: March 31, 2008

_____
HON. MANUEL L. REAL
United States District Judge

Presented by:

_____/S/_____
George S. Cardona
Chief Assistant United States Attorney
    Attorney for Plaintiff
    United States of America